Friends and Family,

You will likely hear the beginnings of a terrible thing about me; namely that I was arrested for online solicitation of a minor. Even writing that makes me have to pause. But please, read and hear me out one last time.

As you may have thought I am gay and active on Grindr. Mainly guys into hookups with "dad" types. I hate talking about my personal sex life, but it is necessary.

Some of the guys I've met enjoy age play. It is not necessarily my thing but I've had a few fun encounters. A few of these came from obviously older Grindr users role-playing as younger guys. Once I can draw them out, we can role-play as consenting adults.

Prior to my arrest I was a fan of those sting operations to catch predators. But I found out this week that there is a flaw. I saw the stings as targeted operations, but now I know they are dragnets that are indiscriminate in their catch. I know this may sound self-serving, but it also happens to be the truth.



I won't go through everything, but law enforcement is very, very bad at pretending to be teens. They look and sound like exactly what they are: adults pretending. I am deeply angry at law enforcement as they destroyed me and gave me no other solutions, but please share the list with them so they can be better.

1. The picture used is a dead give-away. It look like it was taken in 2012. Camera tech and apps are much crisper and higher resolution and have been for a few years. The pics that look taken years ago is a huge red flag that you might be pretending.

2. When asked your school you immediately said you had just moved to town and go to CHS. Any teens will almost never reveal their school, especially in light of...

3. You said your mom knew you were gay but not your school. This is abnormal. Most tell friends first, then family after.

4. When asked for another pic, specifically a non-nude, you sent another 2012 pic.

5. When asked about where you live, after being pretty sure you're an adult, you gave me a complex way out of CHS feeder zone. When asked, you made up some gibberish answer about having started at CHS and your mom wanting you to stay there another year. That's not how any of this works. Its what someone making stuff up on the spot says. If you knew anything about schools, then you know for sure that the person is making

shit up and contradicting earlier answers. If you got jot here, how did you start already at CHS? You'd be the wrong age for starters.

6. This is the literal ~~last~~ nail in my coffin. When you ~~this~~ didn't send a newer pic, I asked for a voice memo. I would guess the speaker was a late-30s Black man, likely from CHS as a student. It was almost ~~too~~ adorable how funny the message was as you pretended to be a 14 year old white boy. You were, to me, ~~as~~ a guy my age role-playing as a younger guy.

~~Having~~ a lot of experience with teens, these mannerisms, amongst many others, made it glaringly, obviously clear you were an adult. I wasn't going to meet a teen. I was going to hopefully coax out someone with an age play desire who was probably a Black man my age as I have done a few times before.

While I would feel confident of this in a court room, it is irrelevant. This is the type of accusation that destroys a career and a ~~✗~~ life, no matter the eventual outcome.

I cannot live the rest of my life getting a doubting eye everytime I talk to a kid near me. I will not spend the rest of my life barely surviving after losing everything. So, I choose oblivion.

I do love all of my friends and family. It is the reality of losing everyone I love that hurts the most.

I don't care whats done with my stuff. If you want it all, keep it, or just donate it all. It is no longer concerns me.

As for my body, donate what can be donated and give the rest to scientific research.

Please do not hold it against any of the friends and family if they choose to believe me or not.

I spent way more time defending myself and way less telling you all how much you meant to me, but I have a deadline to meet (pun intended).

I love you Mom. I love you, Dad. I wish I could have been the type of person to bring home a husband and a gaggle of kids, but that just wasn't in the cards. I am sorry you out lived one of your kids, and that I was such a disappointment at the end.

I love you, Shawn. You are a great brother and friend. I wasn't ignoring your messages or nuclear power, but other things kept getting in the way.



I love you, Bethany. You are a stable rock of good humor which I am able to visit. You always make it to feel as if I never left.

I love you, Chad. I didn't mean to go out of order, but I started writing Bethany alone and just went with it. I am such a reserved person, so it's good for me to have a brother that will force me from my comfort zone.

I wish I had more time to spend with all of you, but Montgomery County law enforcement had different ideas.

Brian Petersen